Printed: 01/05/10 08:39 AM

Page: 1

# Claims Distribution Small Checks

**Case:** 09-50270 - SAMANICH, JAMES A.

**Trustee:** Bridget A. Brine (430170)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 3224138666 | 104 | 01/05/10 | 2 | 05/01/09 | 610 | Payee: U.S. Bankruptcy Court SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | 226.79 | 226.79 | 2.89 | 2.89 |
| | | | 5 | 07/09/09 | 610 | PYOD LLC its successors and assigns of Citibank | 385.33 | 385.33 | 4.91 | 4.91 |

Check Amount: $7.80

(*) Denotes objection to Amount Filed

RECEIVED 2010 JAN -7 AM 9:13 U.S. BANKRUPTCY COURT DULUTH, MN